**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Barry A. Bohrer
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

December 9, 2016

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: <u>United States v. Olins, et al., S2 15 Cr. 861 (JMF)</u>

Dear Judge Furman:

We write regarding Henry Neville's sentencing date in the above-referenced action, which is currently set for January 19, 2017.

Mr. Neville has been asked by the Government to testify at the *Fatico* hearing as to Mr. Olins, which was initially scheduled for December 2. Mr. Neville had planned to have surgery after that hearing, on December 9. The hearing was subsequently adjourned to December 20. Because Mr. Neville will be on pain medication and consequently unable to testify for at least four weeks following surgery, he was required to re-schedule the surgery for December 28. As a result, Mr. Neville will now be on medication through at least the end of January and potentially into February, depending on the pace of his recovery.

Accordingly, we respectfully request that Mr. Neville's sentencing date be adjourned to a date no earlier than February 20. We have conferred with counsel for the Government and they consent to this request.

Respectfully Submitted,

/s/ Barry A. Bohrer

Barry A. Bohrer

cc:   via ECF
      Andrea Griswold, AUSA
      Christine Magdo, AUSA