**Schulte Roth & Zabel LLP**

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Barry A. Bohrer
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

February 7, 2017

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re:   United States v. Olins, et al., S2 15 Cr. 861 (JMF)

Dear Judge Furman:

  I write to request that the Court modify the conditions of Mr. Neville's release to permit him to travel to Rhode Island between February 16 and 21, 2017. Mr. Neville was released on his own signature, subject to the following conditions: a $100,000 personal recognizance bond co-signed by his wife; regular pretrial supervision; travel limited to the Southern, Eastern, Western, and Northern Districts of New York, the District of Connecticut, and the District of Massachusetts; and surrender of travel documents with no new applications.

  I respectfully request that Mr. Neville's travel boundaries be extended to permit him travel to Rhode Island on February 16 for a family engagement, returning to Connecticut no later than February 21. We have conferred with United States Pretrial Officer Joe Zampano and counsel for the Government, and they consent to this request.

Respectfully Submitted,

/s/ Barry A. Bohrer
Barry A. Bohrer

Schulte Roth & Zabel LLP

cc:   via ECF
   Andrea Griswold, AUSA
   Christine Magdo, AUSA