**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Barry A. Bohrer
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

February 14, 2017

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: United States v. Olins, et al., S2 15 Cr. 861 (JMF)

Dear Judge Furman:

We write regarding Henry Neville's sentencing date in the above-referenced action, which is currently set for March 8, 2017.

Counsel for the Securities and Exchange Commission have indicated that they may have an interest in speaking with Mr. Neville. In light of Mr. Neville's ongoing cooperation in this regard, we respectfully request that his sentencing date be adjourned to a date no earlier than April 10.

We have conferred with counsel for the Government and they consent to this request.

Very truly yours,

/s/ Barry A. Bohrer

Barry A. Bohrer
Marguerite E. Gardiner
Schulte Roth & Zabel LLP

cc: via ECF
Andrea Griswold, Esq. (*AUSA*)
Christine Magdo, Esq. (*AUSA*)