**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Barry A. Bohrer
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

March 30, 2017

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re:   United States v. Olins, et al., S2 15 Cr. 861 (JMF)

Dear Judge Furman:

      We write regarding the sentencing of defendant Henry Neville, which is scheduled for April 28, 2017.

      During Mr. Neville's plea hearing on May 19, 2016, the Court stated that under the Court's individual rules and practice, defense submissions are due two weeks prior to the sentencing date and the Government submission is due one week prior to the sentencing date, but that Your Honor would be willing to consider switching the order of those deadlines. We respectfully request that the Court do so, such that the Government's submission will be due on April 14, and the defense submission will be due on April 21.

      We have conferred with counsel for the Government and they consent to this request.

      Respectfully Submitted,

      /s/ Barry A. Bohrer

      Barry A. Bohrer
      Marguerite E. Gardiner

      Schulte Roth & Zabel LLP

cc:   via ECF
      Andrea Griswold, AUSA
      Christine Magdo, AUSA